# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carol Molanick, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV-13-01619-PHX-GMS |
| v. | ) | |
| | ) | |
| United Services Automobile Association, | ) | |
| | ) | |
| Defendant(s). | ) | |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 16, 2014, judgment is entered affirming the determination of benefits. Plaintiff to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

July 16, 2014

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)